UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC NORTHWEST EB-5 REGIONAL CENTER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendant(s). | CASE NO. C25-0597-KKE <br><br> ORDER SETTING BRIEFING SCHEDULE |

Certain Plaintiffs filed a motion for reconsideration (Dkt. No. 25) of the Court's prior order granting Defendants' motion to dismiss (Dkt. No. 23). Defendants' may file a response to the motion for reconsideration no later than October 20, 2025, and Plaintiffs may file a reply brief no later than October 27, 2025. The clerk is directed to RE-NOTE the motion for reconsideration (Dkt. No. 25) for October 27, 2025.

Dated this 29th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER SETTING BRIEFING SCHEDULE - 1