UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC NORTHWEST EB-5 REGIONAL CENTER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendant(s). | CASE NO. C25-0597-KKE <br><br> ORDER GRANTING MOTION TO STAY |

On October 16, 2025, Defendants requested a stay of this case due to a lapse in appropriations to the Department of Justice. Dkt. No. 28.

"A district court has discretionary power to stay proceedings in its own court[.]" *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). In determining whether a stay is appropriate, the Court weighs the "competing interests which will be affected by the granting or refusal to grant a stay[,]" including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*Lockyer*, 398 F.3d at 1110 (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

Because of the lapse in appropriations to the Department of Justice, which represents Defendants in this case, Defendants contend that they cannot adequately prepare their response to

ORDER GRANTING MOTION TO STAY - 1

Plaintiffs' motion for reconsideration, which is due on October 20, 2025, or respond to any other post-judgment motions that Plaintiffs may file. Dkt. No. 28 at 1. Although Plaintiffs declined to agree to a stay (*id.*), the Court nonetheless finds that a stay is appropriate due to the prejudice that will result to Defendants if their counsel is unable to meet deadlines during the lapse in appropriations.

Thus, the Court GRANTS Defendants' motion to stay this case in its entirety. Dkt. No. 28. The Court VACATES the briefing deadlines previously imposed. Dkt. No. 26. The Court ORDERS Defendants to notify Plaintiffs and the Court within two days of the restoration of appropriations and the Court will lift the stay at that time and reset briefing deadlines on Plaintiffs' motion for reconsideration (Dkt. No. 25).

Dated this 17th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge