UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC NORTHWEST EB-5 REGIONAL CENTER, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendant(s). | CASE NO. C25-0597-KKE <br><br> ORDER LIFTING STAY AND RE-SETTING BRIEFING DEADLINES |

Defendants filed a notice that appropriations have been restored to the Department of Justice and therefore this case is ready to resume. Dkt. No. 30. The Court therefore LIFTS the stay, and re-sets briefing deadlines on Plaintiffs' motion for reconsideration as follows:

Defendants' opposition to Plaintiffs' motion is due no later than December 15, 2025.

Plaintiffs' reply brief is due no later than December 22, 2025.

The clerk is directed to RE-NOTE Plaintiffs' motion for reconsideration (Dkt. No. 25) for December 22, 2025.

Dated this 14th day of November, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY AND RE-SETTING BRIEFING DEADLINES - 1