UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC NORTHWEST EB-5 REGIONAL
CENTER, et al.,

                    Plaintiff(s),

          v.

KRISTI NOEM, et al.,

                    Defendant(s).

CASE NO. C25-0597-KKE

ORDER DENYING MOTION FOR LEAVE
TO INTERVENE AND FILE AN
AMENDED COMPLAINT

The Court previously granted Defendants' motion to dismiss this action without prejudice, because Plaintiff Michelle Darnbrough's administrative appeal of her visa revocation was ongoing and that failure to exhaust impacted all Plaintiffs. Dkt. No. 23. The administrative appeal was resolved after the Court dismissed this case, entered judgment for Defendants, and closed the case. *See* Dkt. Nos. 23, 24, 27. Darnbrough and her family subsequently filed a motion for leave to intervene in this action and to file an amended complaint, allowing them to "rejoin the lawsuit as a party along with" the Corporate Plaintiffs. Dkt. No. 32 at 1.

This action, however, remains closed. The Court denied the Corporate Plaintiffs' motion for reconsideration of the order granting Defendants' motion to dismiss, and this case has not been reopened. *See* Dkt. No. 38. As Defendants' opposition noted (Dkt. No. 34 at 1), "once judgment has been entered in a case, a motion to amend the complaint can only be entertained if the judgment is first reopened under a motion brought under [Federal Rule of Civil Procedure] 59 or 60."

ORDER DENYING MOTION FOR LEAVE TO INTERVENE AND FILE AN AMENDED COMPLAINT - 1

*Lindauer v. Rogers*, 91 F. 3d 1355, 1357 (9th Cir. 1996).  Now that the motion for reconsideration has been denied and the Court has reaffirmed its prior decision to dismiss this case, the Darnbrough Plaintiffs' motion to intervene and amend the complaint in a closed case is DENIED.  Dkt. No. 32.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR LEAVE TO INTERVENE AND FILE AN AMENDED COMPLAINT - 2